IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SYLVIA MORRIS, on Behalf of Herself and
All Others Similarly Situated,
                    Plaintiff,
-vs-

MODERNIZE, INC.,
                      Defendant.

CAUSE NO.:
AU-17-CA-00963-SS

## FINAL JUDGMENT

BE IT REMEMBERED on this day the entered its order granting summary judgment to Defendant Modernize, Inc. (Modernize) on all claims. As there are no further claims requiring resolution, the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that judgment is GRANTED in favor of Modernize on all claims, with all costs and attorney's fees to be borne by the party incurring same.

SIGNED this the 27th day of September 2018.

_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE